UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRI RIVER MEATS; NATHON GOETZ; AMANDA WELLS; MICHAEL GOETZ,<br><br>    Defendants. | NO. CV-08-276-EFS<br><br>**ORDER OF DEFAULT JUDGMENT, AND DECREE OF FORECLOSURE** |

Before the Court, without oral argument, is the USAO's Application for Judgment and Decree of Foreclosure Upon Order of Default (Ct. Rec. 10). Upon the USAO's motion, the Clerk of the Court entered an Order of Default on April 12, 2010 (Ct. Rec. 9). On April 20, 2010, the USAO filed the motion under consideration, along with the affidavit required under Federal Rule of Civil Procedure 55.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's Application for Judgment and Decree of Foreclosure Upon Order of Default **(Ct. Rec. 10)** is **GRANTED**.

ORDER * 1

2. Judgment is **ENTERED** in favor of Plaintiff and against Defendants Tri River Meats, Nathon Goetz, Amanda Wells, and Michael Goetz in the amount of $41,779.57 ($38,962.17 principal and $2,837.40 interest accrued through February 21, 2008); plus interest to accrue at the rate of $4.8036 per day from and after February 21, 2008, to the date of judgment; plus interest from the date of judgment at the legal rate until paid in full, for costs of suit, including the filing fee allowed pursuant to 28 U.S.C. § 2412(a)(2), and other proper relief.

    2. The debt upon which this judgment is based is secured and perfected by the following:

        a) Security agreements dated May 25, 2005, February 24, 2006, and October 18, 2007, covering crops, livestock, supplies, and farm equipment;

        b) Security agreements were perfected by a financing statement filed for record on May 24, 2005, as Instrument No. 2005-144-1720-6, Official Records of Department of Licensing, Olympia, Washington.

    3. The foregoing security agreements and financing statements cover the following described property situated in Okanogan County, State of Washington:

1 Bailer, New Holland S-78, 1956 S/N 3607

1 Swather, John Deere 880, 1971 S/N 050873

1 Tractor, Massey Ferguson, TO-20, 1954 S/N 36090

1 Hay Rake, John Deere 350, S/N 8454

1 Tractor, Fordson Super Major, S/N 08B758587

1 Loader, Shawnee, S/N M 2770

1 Harrow Bed, New Holland 1012

ORDER * 2

1 Bailer, New Holland 282, 1978 S/N 135309

1 Harrow

1 Fork, Homemade

1 Cattle - Beef - Bull

11 Cattle - Beef - Cows

6 Cattle - Beef - Calves

    4. Said real estate mortgages, security agreements, and financing statements, which constitute first and prior liens upon the property described therein, are hereby foreclosed and defendants Tri River Meats, Nathon Goetz, Amanda Wells, Michael Goetz, and all persons claiming by, through, or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said property, except for the statutory rights of redemption allowed by the laws of the State of Washington, and said property is hereby ordered sold in the manner provided by law with the proceeds of such sale to be applied to the expense thereof, and then in satisfaction of the sums adjudged to be due plaintiff herein.

    5. Any party to this suit may become a purchaser at such sale.

    6. The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

ORDER * 3

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and to provide copies to counsel.
3      **DATED** this ___15th___ day of June 2010.

                    S/ Edward F. Shea
                      EDWARD F. SHEA
              United States District Judge

Q:\Civil\2008\276.Default.wpd

ORDER * 4