UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>TRI RIVER MEATS; NATHON GOETZ; AMANDA WELLS; MICHAEL GOETZ,<br><br>           Defendants. | NO. CV-08-276-EFS<br><br>**ORDER CONFIRMING SALE** |

Before the Court, without oral argument, is Plaintiff United States of America's Motion for Order Confirming Sale (ECF No. 20). Plaintiff seeks an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action. The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in Okanogan County, in Washington, and is more particularly described as:

PERSONAL PROPERTY

```
1 Baler, New Holland S-78, 1956 S/N 3607
1 Swather, John Deere 880, 1971 S/N 050873
1 Tractor, Massey Ferguson, TO-20, 1954 S/N 36090
1 Hay Rake, John Deere 350, S/N 8454
1 Tractor, Fordson Super Major, S/N 08B758587
1 Loader, Shawnee, S/N M 2770
1 Harrow Bed, New Holland 1012
```

ORDER * 1

```
1 Baler, New Holland 282, 1978 S/N 135309
1 Blade, Cherokee
1 Harrow
1 Fork, Homemade
1 Cattle - Beef - Bull
11 Cattle - Beef - Cows
6 Cattle - Beef - Calves
```

The record also reflects that, on said date, all right, title, and interest of Defendants, and each of them, in and to the said property was sold by the U.S. Marshal to Carmen Cornett, Dale Creveling, and United States Department of Agriculture; the Marshal properly made and filed his Return of Sale on October 21, 2010; the Clerk properly mailed notice of the filing of the return of sale to all parties, if any, who have entered a written notice of appearance and who had not had an order of default entered against them; more than twenty (20) days having elapsed since mailing of the notice of filing of said return; and no objections or exceptions were made or filed to said sale and return.

Accordingly, **IT IS HEREBY ORDERED** that said sale by the U.S. Marshal to Carmen Cornett, Dale Creveling, and United States Department of Agriculture on September 24, 2010, and all proceedings had in respect thereto be, and the same are, approved and confirmed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to all counsel and the U.S. Marshal.

**DATED** this ___1st___ day of December 2010.


                        S/ Edward F. Shea
                        EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2008\276.Order.of.Sale.wpd

ORDER * 2